UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> JOSE ALONSO SANCHEZ, <br> Defendant. | Case No.: CR 05-235-R-4 <br><br> ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS <br> (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the CENTRAL District of CALIFORNIA for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. ( X ) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

    ( X ) information in the Pretrial Services Report and Recommendation

    (X ) information in the violation petition and report(s)

    (X ) the defendant's nonobjection to detention at this time

    (X ) other: <u>Allegations of absconding from supervision, substance</u>

1         <u>abuse, failure to comply with prior Court orders, convictions for</u>
2         <u>resisting/obstructing arrest.</u>
3     and/ or
4 B. ( )    The defendant has not met his/her burden of establishing by clear and
5         convincing evidence that he/she is not likely to pose a danger to the safety
6         of any other person or the community if released under 18 U.S.C.
7         § 3142(b) or (c).  This finding is based on the following:
8         ( )    information in the Pretrial Services Report and Recommendation
9         ( )    information in the violation petition and report(s)
10        ( )    the defendant's nonobjection to detention at this time
11        ( )    other: _____

13 IT THEREFORE IS ORDERED that the defendant be detained pending the further
14 revocation proceedings.

16 Dated:    December 18, 2014                           _____
17                                                    KENLY KIYA KATO
                                                   United States Magistrate Judge